UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20068-CIV-HOEVELER

MABEL JACOME,

    Plaintiff,

v.

MIAMI LAKES FITNESS & CONSULTING, L.L.C., and
INTERCONTINENTAL MANAGEMENT AND
CONSULTING GROUP, INC., and
ALEXANDER F. VALLADARES,

    Defendants.
_____/

### ORDER OF DISMISSAL AS TO DEFENDANT ALEXANDER F. VALLADARES

THIS MATTER comes before the Court upon Plaintiff Mabel Jacome's Notice of Dismissal, filed July 1, 2008. The Court having reviewed the Notice and being advised in its premises, it is hereby

ORDERED AND ADJUDGED that this action is DISMISSED as to Defendant Alexander F. Valladares only.

DONE AND ORDERED in Chambers, in Miami, this 7th day of July, 2008.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

cc:    counsel of record