UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20068-CIV-HOEVELER

**MABEL JACOME,**

    Plaintiff,

v.

**MIAMI LAKES FITNESS & CONSULTING, L.L.C., and INTERCONTINENTAL MANAGEMENT AND CONSULTING GROUP, INC.,**

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER GRANTING MOTION FOR DEFAULT FINAL JUDGMENT

THIS MATTER comes before the Court upon Plaintiff Mabel Jacome's Motion for Default Final Judgment and Attorney's Fees, filed July 1, 2008. The Court having reviewed the Motion and being advised in the premises thereof, it is hereby

ORDERED AND ADJUDGED that Plaintiff's motion is GRANTED. Final Judgment is entered against Defendants, jointly and severally, in the total amount of $400.00. The Court further awards attorney's fees in the amount of $1,160 and taxable costs of $490.00.

DONE AND ORDERED in Chambers, in Miami, this 11th day of July, 2008.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

cc: counsel of record

MIAMI LAKES FITNESS & CONSULTING, L.L.C.
Registered Agent: Attn: John S. Bohatch, Esq.
2600 Douglas Road, PH-8
Coral Gables, FL 33134

INTERCONTINENTAL MANAGEMENT AND
CONSULTING GROUP, INC.
Registered Agent: Attn: Alexander F. Valladares
13346 SW 128th Street
Miami, FL 33186